IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

WALTER HAYNES                                                                                    PLAINTIFF
ADC #111110

V.                               NO.  1:04CV00034 JMM/JWC

ROBERT MUNSON                                                                              DEFENDANT

ORDER

On November 14, 2006, Plaintiff's appointed counsel, Jesse L. Kearney, filed his third motion for leave to amend Plaintiff's complaint (docket entry #98). Defendant has filed objections (docket entry #100). The deadline to add parties and to amend pleadings was October 6, 2006; accordingly, Plaintiff's third motion to amend is denied as untimely.

Plaintiff has also filed a second motion to compel (docket entry #99). Defendant has responded (docket entry #101) and stands by all objections previously made in response to Plaintiff's discovery requests. After further review, the motion is granted in part and denied in part. Defendant is directed to more fully respond to the following discovery on or before December 20, 2006:

Request for Production of Documents #2 and #3[1];

Interrogatories #1, #2, #3 and #4; and

Request for Admissions #13, #14, #15 and #16.

In accordance with the above, IT IS THEREFORE ORDERED that:

1.    Plaintiff's third motion for leave to amend his complaint (docket entry #98) is

---

[1]Two Requests for Production are numbered "3." Defendant is directed to respond to Request for Production # 3 which asks: "Please provide a copy of every such complaint or grievance referred to in the Interrogatory number 3; the official response or decision thereon; and every document related to the resolution of such complaint or grievance; please also state or provide the names and official title of every department official who participated in the investigation and resolution of such complaint or grievance."

DENIED.

      2.      Plaintiff's second motion to compel (docket entry #99) is GRANTED IN PART and DENIED IN PART. Defendant is directed to respond more fully to the specifically referenced Requests for Production, Interrogatories and Request for Admissions set forth above on or before December 20, 2006.

      IT IS SO ORDERED this 28TH day of November, 2006.

                                                                         James M. Moody  
                                                                       United States District Judge