IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**WALTER HAYNES**                                                                                    **PLAINTIFF**
**ADC #111110**

**V.**                            **NO. 1:04CV00034 JMM/JWC**

**RICHARD MUNSON**                                                                          **DEFENDANT**

## ORDER

The Clerk is directed to change the name of Defendant Munson to his correct name, Richard Munson as corrected during the trial of this matter.

IT IS SO ORDERED this 12th day of November, 2008.

_____
James M. Moody
United States District Judge