**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**WALTER HAYNES,**
**ADC#111110**                                                                                    **PLAINTIFF**

**V.**                              **CASE NO. 1:04CV0034 JMM**

**RICHARD MUNSON**                                                                     **DEFENDANT**

## JUDGMENT ON JURY VERDICT

This action came for trial November 12-13, 2008, before the Court and a jury, the Honorable James M. Moody, United States District Judge presiding.

The issues having been duly tried, and after deliberating thereon, the jury returned verdicts on November 13, 2008, in favor of the defendant on all claims.

IT IS THEREFORE CONSIDERED, ORDERED AND ADJUDGED that the plaintiff, Walter Haynes, take nothing on this complaint against Richard Munson and the same is hereby dismissed.

Dated this 18th day of November, 2008.

_____
James M. Moody
United States District Judge