IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

WALTER HAYNES                                                                           PLAINTIFF

Vs.                         CASE NO.  1:04cv00034 JMM

RICHARD MUNSON                                                     DEFENDANT

<u>ORDER</u>

Pending before the Court is the Application of December 15, 2008, by Jesse Kearney, for the reimbursement of out-of-pocket expenses (DE #164). Having considered the application pursuant to the guidelines and policies of the Library Fund, the Court orders that the Clerk of the Court disburse money from the Library Fund in the amount of one thousand seventy four dollars and twenty-eight cents ($1,074.28) and distribute it to the named applicant. [1] A copy of this Order, together with the application, shall be placed in the Library Fund file maintained by the Clerk of the Court.

IT IS SO ORDERED this 6th day of January, 2009.

                                                                     _____
                                                                     UNITED STATES DISTRICT JUDGE

---

[1] Counsel requested a total amount of $1,173.69.  The total was adjusted after calculating using the correct mileage rates (48.5 cents for travel prior to 2008 and 50.5 cents for travel during 2008).