IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

WALTER HAYNES                                                                                    PLAINTIFF

Vs.                              CASE NO.  1:04cv00034 JMM

RICHARD MUNSON                                                                             DEFENDANT

AMENDED ORDER

The Order granting the Application for Reimbursement of expenses (DE #165)  is amended to correct the amount owed to counsel. The correct amount owed for travel during 2008, is 58.5 cents.  Having considered the application pursuant to the guidelines and policies of the Library Fund, the Court orders that the Clerk of the Court disburse money from the Library Fund in the amount of one thousand ninety six dollars and  nine cents ($1,096.09) and distribute it to the named applicant.[1] A copy of this Order, together with the application, shall be placed in the Library Fund file maintained by the Clerk of the Court.

IT IS SO ORDERED this 15th day of January, 2009.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Counsel requested a total amount of $1,173.69.  The total was adjusted after calculating using the correct mileage rates (48.5 cents for travel prior to 2008 and 58.5 cents for travel during 2008).  The Court confirmed with counsel that the travel entry on December 5, 2008, actually occurred in 2005.